In re:                                                      Case No. 16-00955-RNO
Timothy L. Cleveland                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: JGoodling        Page 1 of 1        Date Rcvd: Apr 25, 2017
                           Form ID: orfeedue       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4913162          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 19:23:05
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4913163          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 19:06:44
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                          TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor Timothy L. Cleveland  tupdike@ssbc-law.com,
          ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Timothy L. Cleveland

Chapter 13

Case number 1:16−bk−00955−RNO

**Debtor(s)**

Document Number: 33

### <u>Order Filing Fee Due</u>

A transfer of claim was filed on **April 25, 2017**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **May 2, 2017**.

Dated:  April 25, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk