# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    TIMOTHY L. CLEVELAND                    Case No.: 1-16-00955-HWV
                                                            Chapter 13

        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CARRINGTON MORTGAGE SERVICES, LLC |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 3718/PRE ARREARS/142 N UNION ST |
| Property Address if applicable: | P.O. BOX 65, , PILLOW, PA17080 |

**PART 2:**         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $12,990.69 |
| b. | Prepetition arrearages paid by the Trustee: | $12,990.69 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $12,990.69 |

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021                               Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: CARRINGTON MORTGAGE SERVICES, LLC
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 9003872 | 04/12/2017 | $74.64 | $0.00 | $74.64 |
| 5200 | 9003952 | 05/11/2017 | $328.80 | $0.00 | $328.80 |
| 5200 | 9004031 | 06/13/2017 | $336.81 | $0.00 | $336.81 |
| 5200 | 9004109 | 07/06/2017 | $366.16 | $0.00 | $366.16 |
| 5200 | 9004185 | 08/10/2017 | $342.86 | $0.00 | $342.86 |
| 5200 | 9004264 | 09/19/2017 | $342.86 | $0.00 | $342.86 |
| 5200 | 9004345 | 10/11/2017 | $342.87 | $0.00 | $342.87 |
| 5200 | 9004421 | 11/08/2017 | $341.40 | $0.00 | $341.40 |
| 5200 | 9004503 | 12/05/2017 | $341.40 | $0.00 | $341.40 |
| 5200 | 9004662 | 02/08/2018 | $341.40 | $0.00 | $341.40 |
| 5200 | 9004741 | 03/08/2018 | $341.40 | $0.00 | $341.40 |
| 5200 | 9004820 | 04/03/2018 | $341.40 | $0.00 | $341.40 |
| 5200 | 9004981 | 05/15/2018 | $682.80 | $0.00 | $682.80 |
| 5200 | 9005062 | 06/07/2018 | $341.40 | $0.00 | $341.40 |
| 5200 | 9005141 | 07/12/2018 | $341.41 | $0.00 | $341.41 |
| 5200 | 9005224 | 08/09/2018 | $341.40 | $0.00 | $341.40 |
| 5200 | 9005309 | 09/06/2018 | $341.40 | $0.00 | $341.40 |
| 5200 | 9005389 | 10/10/2018 | $341.40 | $0.00 | $341.40 |
| 5200 | 9005473 | 11/08/2018 | $339.94 | $0.00 | $339.94 |
| 5200 | 9005643 | 01/10/2019 | $339.94 | $0.00 | $339.94 |
| 5200 | 9005808 | 03/12/2019 | $679.88 | $0.00 | $679.88 |
| 5200 | 9005897 | 04/11/2019 | $339.94 | $0.00 | $339.94 |
| 5200 | 9005983 | 05/09/2019 | $339.94 | $0.00 | $339.94 |
| 5200 | 9006152 | 07/11/2019 | $679.88 | $0.00 | $679.88 |
| 5200 | 9006333 | 09/26/2019 | $679.88 | $0.00 | $679.88 |
| 5200 | 9006425 | 10/10/2019 | $356.01 | $0.00 | $356.01 |
| 5200 | 9006505 | 11/07/2019 | $340.67 | $0.00 | $340.67 |
| 5200 | 9006594 | 12/12/2019 | $340.67 | $0.00 | $340.67 |
| 5200 | 9006685 | 01/16/2020 | $340.67 | $0.00 | $340.67 |
| 5200 | 1213362 | 02/13/2020 | $340.67 | $0.00 | $340.67 |
| 5200 | 1214676 | 03/12/2020 | $340.68 | $0.00 | $340.68 |
| 5200 | 1215986 | 04/14/2020 | $340.67 | $0.00 | $340.67 |
| 5200 | 1217165 | 05/06/2020 | $328.62 | $0.00 | $328.62 |
| 5200 | 1219102 | 07/07/2020 | $328.61 | $0.00 | $328.61 |
| 5200 | 1220175 | 08/12/2020 | $302.21 | $0.00 | $302.21 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

TIMOTHY L. CLEVELAND

Case No.: 1-16-00955-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

METTE, EVANS & WOODSIDE
TRACY L UPDIKE, ESQUIRE
3401 N FRONT ST, PO BOX 5950
HARRISBURG PA, 17110-

SERVED ELECTRONICALLY

CARRINGTON MTG SERVICES, LLC
ATT: CUSTOMER SERVICE DEPT
PO BOX 5001
WESTFIELD, IN, 46074

SERVED BY 1ST CLASS MAIL

TIMOTHY L. CLEVELAND
P.O. BOX 65
PILLOW, PA 17080

SERVED BY 1ST CLASS MAIL

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com