In re:  
Timothy L. Cleveland  
    Debtor

Case No. 16-00955-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 29, 2021      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy L. Cleveland, P.O. Box 65, Pillow, PA 17080-0065 |
| cr | + | Carrington Wilmington, 1600 S. DOUGLASS RD., Anaheim, CA 92806-5948 |
| 4760683 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 4760684 | + | Crystal T. Espanol, Esquire, KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4760687 | + | Josh Goldman, Esquire, KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4760690 | + | Regency Finance Company, 3350 Paxton Street, Suite E, Harrisburg, PA 17111-1476 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | Americredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: PRA.COM | Jun 29 2021 22:53:00 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4778965 | | EDI: GMACFS.COM | Jun 29 2021 22:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4760681 | | EDI: GMACFS.COM | Jun 29 2021 22:53:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 4772685 | + | EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4760685 | | EDI: PHINAMERI.COM | Jun 29 2021 22:53:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 4760686 | | EDI: IRS.COM | Jun 29 2021 22:53:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 4816892 | | EDI: JPMORGANCHASE | Jun 29 2021 22:53:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4760682 | | EDI: JPMORGANCHASE | Jun 29 2021 22:53:00 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224-0696 |
| 4814057 | | EDI: AGFINANCE.COM | Jun 29 2021 22:53:00 | ONEMAIN FINANCIAL, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 4760688 | | EDI: AGFINANCE.COM | Jun 29 2021 22:53:00 | OneMain Financial, 6801 Colwell Boulevard, Attn: C/S Care Dept., Irving, TX 75039-3198 |
| 4913162 | | EDI: PRA.COM | Jun 29 2021 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4913163 | | EDI: PRA.COM | | |

| Recip ID | Bypass/Delivery | Date | Name and Address |
| --- | --- | --- | --- |
| | | Jun 29 2021 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4760689 | EDI: PENNDEPTREV | Jun 29 2021 22:53:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4760689 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 18:53:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5294360 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 29 2021 18:53:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, ET AL., c/o CARRINGTON MORTGAGE SERVICES LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 5294361 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 29 2021 18:53:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, ET AL., c/o CARRINGTON MORTGAGE SERVICES LLC, 1600 South Douglas Road, Anaheim, CA 92806, WILMINGTON SAVINGS FUND SOCIETY, FSB, ET, c/o CARRINGTON MORTGAGE SERVICES LLC 92806-5948 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Thomas I Puleo | on behalf of Creditor JPMorgan Chase Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Tracy Lynn Updike | on behalf of Debtor 1 Timothy L. Cleveland tlupdike@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Timothy L. Cleveland<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7121<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–00955–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy L. Cleveland

**By the court:** *(signature)*

6/29/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**