United States Bankruptcy Court
Middle District of Pennsylvania

In re:                  Case No. 16-00955-HWV
Timothy L. Cleveland          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 2
Date Rcvd: Jul 27, 2021          Form ID: fnldec          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

**Recip ID     Recipient Name and Address**
db          + Timothy L. Cleveland, P.O. Box 65, Pillow, PA 17080-0065

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Jack N Zaharopoulos (Trustee)
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com

Joshua I Goldman
     on behalf of Creditor JPMorgan Chase Bank National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Rebecca Ann Solarz
     on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com

Thomas I Puleo
     on behalf of Creditor JPMorgan Chase Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

| | |
|---|---|
| Tracy Lynn Updike | on behalf of Debtor 1 Timothy L. Cleveland tlupdike@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Timothy L. Cleveland,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:16−bk−00955−HWV |

Social Security No.:
    xxx−xx−7121

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 27, 2021        By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)